1 | MICHAEL COSENTINO State Bar No. 83253
Attorney at Law
2 | P.O. Box 129
Alameda, CA 94501
3
Telephone: (510) 523-4702
4 | Facsimile: (510) 747-1640

5 | Attorney for Plaintiff
United States of America
6

7 | IN THE UNITED STATES DISTRICT COURT

8 | FOR THE NORTHERN DISTRICT OF CALIFORNIA

9 | SAN FRANCISCO DIVISION

10 | UNITED STATES OF AMERICA,                    )
                                                 )   Case No. CV 06 80037 MISC MAG
11 |                              Plaintiff,      )
                                                 )
12 |                        v.                    )
                                                 )
13 | Michael D. Myers aka Michael Myers,          )
                                                 )   **WRIT OF CONTINUING**
14 |                              Defendant,      )   **GARNISHMENT**
                                                 )
15 |                        and                   )
                                                 )
16 | Berkeley Unified School District ,           )
                                                 )
17 |                              Garnishee.      )
                                                 )
18

19 | TO:    Payroll Department
             Berkeley Unified School District
20 |         2020 Bonar Street
             Berkeley, CA 94702
21

22 |        YOU ARE HEREBY COMMANDED TO GARNISH FOR THE BENEFIT OF

23 | THE UNITED STATES OF AMERICA THE WAGES, SALARY, OR COMMISSION IN

24 | YOUR CUSTODY, CONTROL, OR POSSESSION IN WHICH THE DEFENDANT-

25 | JUDGMENT DEBTOR HAS AN OWNERSHIP INTEREST.

26 |        The name and last known address of the person who is the defendant-

27 | judgment debtor (hereinafter "debtor") in this action and whose property is subject to

28 | this Writ are as follows:

Michael D. Myers aka Michael Myers
1563 Solano Avenue
Berkeley, CA 94707

This Writ has been issued at the request of the United States of America to enforce the collection of a civil judgment entered in favor of the United States against the debtor for a defaulted student loan in the amount of $50,210.72. There is a balance of $95,607.88 due on the judgment, which amount includes costs and interest computed through 09/26/2013.

The following are the steps that you must take to comply with this Writ. If you have any questions, you should consult with your attorney.

1. Pursuant to 28 U.S.C. § 3205(c)(2)(F), if you have in your custody, control, or possession any property of the debtor, including wages, salary, or commissions, in which the debtor has a substantial nonexempt interest, or if you obtain custody, control, or possession of such property while this Writ is in effect, you must immediately withhold such property from the debtor and retain it in your possession until you receive instructions from the Court which will tell you what to do with the property. The United States has requested that the sum of 25% of the debtor's disposable earnings, which under California law represents the nonexempt portion of the debtor's earnings, be withheld from the defendant's earnings.

2. Pursuant to 28 U.S.C. § 3205(c)(2)(E), you are required to answer this Writ within 10 days after service of this Writ upon you. You must answer the Writ even if you do not have in your custody, control, or possession any property of the debtor. Pursuant to 28 U.S.C. § 3205(c)(4), your answer must state, under oath, the following information:

    a.    Whether or not you have in your custody, control, or possession, any property owned by the debtor in which the debtor has a substantial nonexempt interest, including nonexempt, disposable earnings;

    b.    a description of such property and the value of such property;

1    c.    a description of any previous garnishments to which such property is

2          subject and the extent to which any remaining property is not exempt;

3          and

4    d.    the amount of the funds you anticipate owing to the debtor in the future

5          and whether the period for payment will be weekly or another specified

6          period.

7    For your convenience, a form which addresses the above-requested information is

8    attached and may be used to Answer the Writ.

9         3. After you complete the answer under oath, pursuant to 28 U.S.C. §

10   3205(c)(2)(E) & (c)(4), within ten (10) days after service of this Writ upon you, you

11   must mail or deliver the original Answer bearing the original signature of the person

12   preparing the answer to the Court at the following address:

13         Civil Clerk, United States District Court
           450 Golden Gate Avenue, 16th Floor
14         San Francisco, CA 94102

15   At the same time that you mail or deliver the original answer to the Court, you must

16   also mail or deliver a copy of the original Answer to both the debtor and attorney for

17   the United States at the following respective addresses:

18         Michael D. Myers aka Michael Myers
           1563 Solano Avenue
19         Berkeley, CA 94707

20         Michael Cosentino, Attorney at Law
           P.O. Box 129
21         Alameda, CA 94501

22   Please note that the attached form Answer contains a certificate of service which

23   needs to be completed by the person mailing the copies of the answer to the debtor

24   and the attorney for the United States, and which needs to be filed along with the

25   Answer.

26

27

28

Writ of Continuing Garnishment cand CV 06 80037 MISC MAG                                    3

1   IF YOU FAIL TO ANSWER THIS WRIT OR FAIL TO WITHHOLD PROPERTY IN

2   ACCORDANCE WITH THIS WRIT, THE UNITED STATES MAY PETITION THE

3   COURT FOR AN ORDER REQUIRING YOU TO APPEAR BEFORE THE COURT TO

4   ANSWER THE WRIT AND TO WITHHOLD PROPERTY IN ACCORDANCE WITH

5   THE WRIT BEFORE THE APPEARANCE DATE.  IF YOU FAIL TO APPEAR OR DO

6   APPEAR AND FAIL TO SHOW GOOD CAUSE WHY YOU FAILED TO COMPLY

7   WITH THIS WRIT, THE COURT WILL ENTER A JUDGMENT AGAINST YOU FOR

8   THE VALUE OF THE DEBTOR'S NONEXEMPT INTEREST IN SUCH PROPERTY

9   (INCLUDING NONEXEMPT DISPOSABLE EARNINGS).  THE COURT MAY ALSO

10  AWARD A REASONABLE ATTORNEY'S FEE TO THE UNITED STATES AND

11  AGAINST YOU IF THE WRIT IS NOT ANSWERED WITHIN THE TIME SPECIFIED

12  HEREIN AND IF THE UNITED STATES FILES A PETITION REQUIRING YOU TO

13  APPEAR.

14

15  RICHARD W. WIEKING, Clerk
    United States District Court
16  for the Northern District of California

17

18  Dated: 12/3/2013                    By: _____
                                            Deputy Clerk
19                                          MARK ROMYN

20

21

22

23

24

25

26

27

28

Writ of Continuing Garnishment cand CV 06 80037 MISC MAG                    4

1  DO NOT WITHHOLD THE EXEMPT PORTION OF THE EMPLOYEE'S EARNINGS

2     1. Earnings include any money (whether called wages, salary, commissions, bonuses, or anything else) paid for personal services, pension, or retirement.
3  Vacation or sick pay is earnings subject to withholding as it is *received* by the employee.
4

5     2. Disposable earnings are different from gross pay or take-home pay.  They are the earnings left after deducting the part which state or federal law requires an employer to withhold as mandatory deductions.  Generally, these mandatory
6  deductions are federal income tax, social security (FICA) tax, state income tax, state disability insurance, and payments to public employee retirement systems.
7  Disposable earnings can change from pay period to pay period, whenever gross pay or required deductions change.
8

       To determine earnings that[1] are eligible for withholding, and therefore must be
9  withheld, see the chart below.

10  USE THE CHART BELOW TO DETERMINE NONEXEMPT DISPOSABLE
    EARNINGS AND THE APPLICABLE WITHHOLDING AMOUNT[1] :
11

| Pay Period: | Weekly or oftener | Every 2 weeks | Twice a month | Once a month |
|---|---|---|---|---|
| Disposable earnings: | $ 0 to $217.50 | $ 0 to $435.00 | $ 0 to $471.25 | $ 0 to $942.50 |
| Withhold: | Nothing (entire earnings are exempt) | | | |
| Disposable earnings: | $217.51 to $290.00 | $435.01 to $580.00 | $471.26 to $628.33 | $942.51 to $1,256.67 |
| Withhold: | Amt. over $217.50 | Amt. over $435.00 | Amt. over $471.25 | Amt. over $942.50 |
| Disposable earnings: | $290.01 or more | $580.01 or more | $628.34 or more | $1,256.68 or more |
| Withhold: | 25% of disposable earnings (balance is exempt) | | | |

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

_____

[1] Based on the Federal Minimum Wage Earnings of $7.25 an hour, effective 07/24/2009

1
2
3
4
5
6
7
8              IN THE UNITED STATES DISTRICT COURT
9            FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11   UNITED STATES OF AMERICA,              )
                                            ) Case No. CV 06 80037 MISC MAG
12                        Plaintiff,        )
                                            )
13              v.                          )
                                            )
14   Michael D. Myers aka Michael Myers,    )
                                            )
15                        Defendant,        )
                                            )
16                        and               )
                                            )
17   Berkeley Unified School District ,     )  **ANSWER OF GARNISHEE**
                                            )
18                        Garnishee.        )
     _____)
19
20        I, _____, being first duly sworn, hereby state the following:
21        1. I am the _____ (Official Title) of the Garnishee
22   named in the above caption. I am authorized to prepare this Answer on behalf of the
23   Garnishee.
24        2. The Garnishee was served with the Writ of Continuing Garnishment on
25   _____ (date) in this action.
26        3. The Garnishee currently has custody, control, or possession of earnings of
27   the Defendant. Yes_____ No_____
28        4. The Garnishee expects to obtain custody, control, or possession of earnings

1  of the Defendant in the foreseeable future.  Yes_____ No_____

2  5. For the pay period in effect on the date of service of this Writ of Continuing

3  Garnishment, the Garnishee states as follows:

4     a.    Defendant was in my/our employ.  Yes_____ No_____

5     b.    The Defendant's pay period is _____ weekly, _____ bi-weekly,

6          _____ semi-monthly, _____ monthly.

7     c.    The Defendant's present pay period began on _____ (date).

8          ("Present" means the pay period in which the Writ of Continuing Garnishment was served.)

9     d.    The Defendant's present pay period ends on _____ (date).

10    e.    The Defendant's net wages are as calculated below:

11            (1) Gross Pay                $_____

12            (2) Federal income tax   $_____

13            (3) F.I.C.A. tax        $_____

14            (4) State income tax    $_____

15            (5) SDI               $_____

16                   Total tax withholdings   $_____

17            Net Wages                $_____

18            (gross pay minus above withheld taxes)

19 6. Are there any other garnishments currently in effect? Yes _____ No _____

20 If the answers is yes, describe below and attach to this Answer a copy of each

21 garnishment:

22

23 _____

24 _____

25 7. Will the Garnishee owe the Defendant money in the foreseeable future?

26 Yes _____ No_____ If the answer is yes, provide the reason why such money will be

27 owed, the amount of money that will be owed, and the date or dates on which each

28

                                                                                2

1  payment will be due:

2
3  Type of                                                          Date Payment
   Payment                                  Amount                   Will be Due

4  1._____          _____          _____

5  2._____          _____          _____

6  3._____          _____          _____

7        8.  Does the Garnishee currently have custody, control or possession of property

8  (other than earnings) such as bank accounts, pensions, thrift plans, etc., in which the

9  Defendant maintains an interest?   Yes_____   No_____   If the answer is yes, then

10 provide the following information for each item of such property:

11
12 Description of                          Approximate            Description of
   Property                                Value                  Defendant's Interest

13 1._____          _____          _____

14 2._____          _____          _____

15 3._____          _____          _____

16 4._____          _____          _____

17        9.  Does the Garnishee expect to obtain in the foreseeable future custody,

18 control or possession of property (other than earnings) such as bank accounts,

19 pensions, thrift plans, etc., in which the Defendant maintains an interest?  Yes_____

20 No_____   If the answer is yes, then provide the following information for each item of

21 such property:

22                                                                 Date Will
                                                                   Obtain
23 Description of          Approximate     Description of           Property
   Property                Value           Defendant's Interest

24 1. _____        _____       _____   _____

25 2. _____        _____       _____   _____

26 3. _____        _____       _____   _____

27 4. _____        _____       _____   _____

28

                                                                              3

10. Does the Garnishee have any objections or defenses to the Writ of Continuing Garnishment?   Yes_____   No_____   If the answer is yes, list the nature and basis of each objection and/or defense:

_____

_____

_____

_____

_____

On behalf of Berkeley Unified School District , I hereby certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: _____                    By: _____
                                          (Sign above and type or print name
                                          below)

4

1    CERTIFICATE OF SERVICE

2    I, _____, declare:

3    That I am a citizen of the United States and employed in the County of

4    _____, California; that my business address is

5    _____; that I am

6    over the age of eighteen years; and that I am not a party to the above-entitled action;

7    That on _____ (date), I deposited in the United States mail, in

8    envelopes bearing the requisite postage, a copy of:

9    **ANSWER OF GARNISHEE**

10   addressed to each of the following, at their last known addresses, at which place

11   there is service by United States mail.

12   Michael D. Myers aka Michael Myers
     1563 Solano Avenue
13   Berkeley, CA 94707

14   Michael Cosentino
     Attorney at Law
15   P.O. Box 129
     Alameda, CA 94501
16

17   This Certificate was executed on _____ (date),

18   at _____ (city), California.

19   I certify under penalty of perjury that the foregoing is true and correct.

20

21   _____

22                                             (sign above and type or print name
                                               below)
23

24

25

26

27

28