MICHAEL COSENTINO, State Bar No. 83253
Attorney at Law
P.O. Box 129
Alameda, CA  94501
Telephone: (510) 523-4702

Attorney for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>Michael D. Myers aka Michael Myers,<br><br>    Defendant(s),<br>and<br>Berkeley Unified School District ,<br><br>    Garnishee. | No. CV 06 80037 MISC MAG<br><br>**ORDER OF CONTINUING GARNISHMENT** |

  A Writ of Continuing Garnishment, directed to the above captioned Garnishee, has been duly issued and served upon the Garnishee.  Pursuant to the Writ of Continuing Garnishment, the Garnishee served an Answer to the Writ by mail on 12/27/2013, stating that at the time of the service of the Writ, the Garnishee had in its possession or under its control personal property belonging to and due the above entitled defendant (debtor, hereafter), and that Garnishee was indebted to debtor in the sum of his/her gross  wages.

  On 12/12/2013, the debtor was notified of his/her right to a hearing and has not requested a hearing to determine exempt property, nor has debtor filed an Objection to the Answer of Garnishee or requested a hearing on such an Objection.

ORDER OF CONTINUING GARNISHMENT, cand **CV 06 80037 MISC MAG**

1  The Application of Plaintiff and the Declaration of Michael Cosentino in Support of
2 the Application for an ORDER OF CONTINUING GARNISHMENT having been considered,
3 the matter having been submitted and good cause appearing therefor,

4  IT IS ORDERED that Berkeley Unified School District, Garnishee, immediately remit
5 to the United States Department of Justice all monies held from each pay period of the
6 debtor from 12/17/2013, to the date of this Order, and continue to pay 25 % of net earnings
7 for all future pay periods to plaintiff until the judgment of $50,210.72, plus post judgment
8 interest at the rate of 4.720% compounded annually pursuant to 28 USC §1961(b) from the
9 date of judgment entry, 03/01/2006, less any sums tendered toward satisfaction of the
10 obligation during said time period, until the judgment is paid in full or until the Garnishee no
11 longer has custody, possession or control of any property belonging to the debtor or until
12 further Order of this court. **The balance due on the judgment as of 09/26/2013 is**
13 **$95,607.88.**

14  IT IS FURTHER ORDERED that said payments be made payable to the U.S.
15 Department of Justice, and be mailed to the

    U.S. Department of Justice
    Nationwide Central Intake Facility
    P.O. Box 790363
    St. Louis, MO 63179-0363

19 referencing the debtor's name and CDCS number 2006A71903 on the check for posting
20 purposes.

22 Dated: Mar 17, 2014

UNITED STATES MAGISTRATE JUDGE

DECLARATION OF MICHAEL COSENTINO FOR ORDER OF CONTINUING GARNISHMENT, cand, **CV 06 80037 MISC MAG**   2